*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| Alicia Orvelina Ochoa Pinto | Case No.   3:26-cv-01865 |
| Plaintiff | |
| VS. | Judge   Terry A Doughty |
| U.S. Immigration and Customs | Magistrate Judge   Mark L Hornsby |
| Enforcement ("ICE"), et al. | |
| Defendants | |

**ORDER**

IT IS ORDERED that <u>Allison Rub</u> be and is hereby admitted to the bar of this Court pro

hac vice on behalf of <u>Plaintiff</u> in the above described action.

SO ORDERED on this, the <u>10th</u> day of <u>June</u>, 2026.

_____
U.S. Magistrate Judge